**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| SHEREEF KAMEL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:25-CV-01434-SDJ-AGD |
| | § | |
| AMAZON.COM, INC., | § | |
| | § | |
| Defendant. | § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 21, 2026, the Report of the Magistrate Judge, (Dkt. #30), was entered containing proposed findings of fact and recommendation that Defendant's Motion to Compel Arbitration and Stay Case Pending Arbitration (Dkt. #6) should be granted. The Report further recommended that all other pending motions (Dkt. #14; Dkt. #18; Dkt. #19; Dkt. #20) be denied without prejudice.

On August 27, 2026, Plaintiff filed objections to the Report (Dkt. #31). On September 10, 2026, Defendant filed a response to Plaintiff's objections (Dkt. #32). On September 14, 2026, Plaintiff filed a motion for leave to file a reply to Defendant's response (Dkt. #33). The Court hereby **GRANTS** Plaintiff's motion for leave to file a reply and directs the clerk of court to docket Dkt. #33-2 as Plaintiff's reply.

The Court has conducted a de novo review of Plaintiff's objections, Defendant's response, and Plaintiff's reply to the Report. Having done so, the Court is of the opinion that the findings of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings of the Court.

It is therefore **ORDERED** that Defendant's Motion to Compel Arbitration and Stay Case Pending Arbitration (Dkt. #6) is **GRANTED**. It is further **ORDERED** that all other pending motions (Dkt. #14; Dkt. #18; Dkt. #19; Dkt. #20) are **DENIED WITHOUT PREJUDICE**.

It is finally **ORDERED** that this case is **STAYED** pending the outcome of the arbitration. The parties shall provide the Court with joint status updates every six months, with the first report due on **March 17, 2027**.

**So ORDERED and SIGNED this 23rd day of September, 2026.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE